UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

JOSEPH E. RUTLAND,

Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, SYSTEM & SERVICES TECHNOLOGIES, INC,

Defendants.

Case No.:  26cv0164-W-BJW

**ORDER GRANTING MOTION FOR WITHDRAWAL OF COUNSEL [DOC. 35]**

Before the Court is Hannah H. Ohara's motion to withdraw as counsel for Defendant Experian Information Solutions, Inc. ("Experian"). (Doc. 35.) Defendant Experian will continue to be represented by Jayce Gustafson. (*Id*.)  Having reviewed the moving papers and good cause appearing, the Court **GRANTS** the motion to withdraw as counsel. The Clerk's Office shall terminate Ms. Ohara from the docket.

**IT IS SO ORDERED.**

Dated:  May 26, 2026

Hon. Thomas J. Whelan
United States District Judge

1

26cv0164-W-BJW