Jennifer M. Phelps (SBN: 210746)
Quilling, Selander, Lownds,
  Winslett & Moser, P.C.
10333 North Meridian Street, Suite 200
Indianapolis, IN  46290
Telephone: (317) 497-5600, Ext. 620
Fax: (317) 899-9348
Email:  jennifer.phelps@qslwm.com

Attorneys for Defendant
TRANS UNION LLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH E. RUTLAND,<br>                              Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; and SYSTEM & SERVICES TECHNOLOGIES, INC.;<br>                              Defendants. | Case No. 3:26-cv-00164-W-BJW<br><br>Hon. Thomas J. Whelan<br><br>**NOTICE OF APPEARANCE OF JENNIFER M. PHELPS AS COUNSEL FOR DEFENDANT TRANS UNION LLC**<br><br>Complaint Filed:  January 12, 2026 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

I, Jennifer M. Phelps, of Quilling, Selander, Lownds, Winslett, & Moser, P.C., hereby enter my appearance in this matter as counsel for Defendant Trans Union LLC. I hereby certify that I am a member of the State Bar of California and am admitted to practice in the Southern District of California. Please serve said counsel with all pleadings, notices, and documents in this action.

NOTICE OF APPEARANCE OF JENNIFER M. PHELPS AS COUNSEL FOR DEFENDANT
TRANS UNION LLC

1

Respectfully submitted,

**Quilling, Selander, Lownds, Winslett & Moser, P.C.**

Date: June 1, 2026                    /s/ Jennifer M. Phelps
                                       Jennifer M. Phelps, Esq.

                                       Attorneys for Defendant
                                       TRANS UNION LLC

NOTICE OF APPEARANCE OF JENNIFER M. PHELPS AS COUNSEL FOR DEFENDANT
TRANS UNION LLC

2

## PROOF OF SERVICE

I, Jennifer M. Phelps, declare that I am a resident of the State of Indiana, am over the age of eighteen years and am not a party to the within action. I am employed with Quilling, Selander, Lownds, Winslett & Moser, P.C. whose address is 10333 North Meridian Street, Suite 200, Indianapolis, IN 46290. On June1, 2026, I served the following documents: **Notice Of Appearance Of Jennifer M. Phelps As Counsel For Defendant Trans Union LLC**

I served the documents on the persons listed below, as follows:

| [ X ] | **By CM/ECF Notice of Electronic Filing**: I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court. |
|---|---|

All documents were sent to the following persons in the following manner:

Andrew J. Gramajo, Esq.
andrew@ajglawgroup.com

Yaear Weintroub, Esq.
yweintroub@consumerattorneys.com

Mary Heliane Fabian, Esq.
hfabian@seyfarth.com

Thomas P. Quinn, Jr., Esq.
tquinn@nokesquinn.com

Jayce E. Gustafson, Esq.
jgustafson@jonesday.com

Katalina Baumann, Esq.
Katalina.baumann@troutman.com

Hope E. Blankenberger, Esq.
hblankenberger@qslwm.com

Donald E. Bradley, Esq.
d.bradley@musickpeeler.com

I declare under penalty of perjury under the laws of the States of Indiana and California that the foregoing is true and correct, and that this Proof of Service was executed on this 1st day of June, 2026, at Indianapolis, IN.


/s/ Jennifer M. Phelps
Jennifer M. Phelps, Esq.

NOTICE OF APPEARANCE OF JENNIFER M. PHELPS AS COUNSEL FOR DEFENDANT TRANS UNION LLC

4