Yaear Weintroub (NY Bar No. 153431)
*Pro Hac Vice*
CONSUMER ATTORNEYS
68-29 Main Street
Flushing NY 11367
T: (718) 576-1863
F: (718) 247-8020
E: yweintroub@consumerattorneys.com

*Attorneys for Plaintiff*
*Joseph E. Rutland*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH E. RUTLAND, | Case No.: 3:26-cv-00164-W-BJW |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, SYSTEM & SERVICES TECHNOLOGIES, INC., | |
| Defendants. | |

**NOTICE IS HEREBY GIVEN** that Plaintiff Joseph E. Rutland and

Defendants Equifax Information Services, LLC ("Equifax"), Experian Information

Solutions, Inc. ("Experian"), Trans Union LLC ("Trans Union"), have resolved the

claims between them in this matter. The parties are in the process of finalizing the

terms and performance attendant to that resolution. The parties anticipate completing

1

that performance within the next forty-five (45) days and submitting to the Court the necessary dismissal papers. In the interim, the Parties ask that the Court vacate all deadlines in this matter as to Defendants Equifax, Experian, and Trans Union only. Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Dated: June 2, 2026

/s/ Yaear Weintroub
Yaear Weintroub (NY Bar No. 153431)
Pro Hac Vice
CONSUMER ATTORNEYS
68-29 Main Street
Flushing NY 11367
T: (718) 576-1863
F: (718) 247-8020
E: yweintroub@consumerattorneys.com

Attorneys for Plaintiff
Joseph E. Rutland

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 2, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

*/s/ Amelia Ducat*