**TROUTMAN PEPPER LOCKE LLP**
Jessica T. Majkowski (admitted pro hac vice)
jessica.majkowski@troutman.com
111 S. Wacker Drive, Suite 4100
Chicago, IL 60606
Telephone:   312.443.0700
Facsimile:    312.443.0336

*Attorneys for Defendant Systems & Services Technologies, Inc.*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| Joseph E. Rutland, | Case No. 3:26-cv-00164-W-BJW |
|---|---|
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT** |
| Systems & Services Technologies, Inc., et al., | |
| Defendant. | |

Defendant Systems & Services Technologies, Inc. ("SST"), by and through undersigned counsel, hereby notifies the Court that Plaintiff Joseph E. Rutland ("Plaintiff") and SST have reached a settlement in the above-referenced matter. Plaintiff and SST are in the process of finalizing the settlement, whereupon the parties will file a joint motion to dismiss all Claims asserted against SST with prejudice. The parties anticipate that the settlement and dismissal will be finalized in the next sixty (60) days.

Dated: June 26, 2026

Respectfully submitted,

*/s/ Jessica T. Majkowski*
Jessica T. Majkowski
*Attorneys for Defendant Systems & Services Technologies, Inc.*

TROUTMAN PEPPER LOCKE LLP
100 SPECTRUM CENTER DRIVE
SUITE 1500
IRVINE, CA 92618

- 1 -

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2026, a true and correct copy of the foregoing Notice of Settlement was filed electronically via the Court's e-filing system.

*/s/ Jessica T. Majkowski*
Jessica T. Majkowski
