Yaear Weintroub (NY Bar No. 153431)
*Pro Hac Vice Admitted*
CONSUMER ATTORNEYS
68-29 Main Street
Flushing NY 11367
T: (718) 576-1863
F: (718) 247-8020
E: yweintroub@consumerattorneys.com

*Attorneys for Plaintiff*
*Joseph E. Rutland*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH E. RUTLAND,<br><br>       Plaintiff,<br><br>    v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, SYSTEM & SERVICES TECHNOLOGIES, INC.,<br><br>       Defendants. | Case No.: 3:26-cv-00164-W-BJW<br><br><br>**JOINT MOTION TO DISMISS WITH PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. ONLY** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Joseph E. Rutland and Defendant, Experian Information Solutions, Inc. ("Experian") by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to Defendant Experian Information Solutions, Inc. only.

1

Dated: July 1, 2026

/s/ Yaear Weintroub
Yaear Weintroub
*Pro Hac Vice Admitted*
CONSUMER ATTORNEYS
68-29 Main Street
Flushing NY 11367
T: (718) 576-1863
F: (718) 247-8020
E: yweintroub@consumerattorneys.com

*Attorneys for Plaintiff*
*Joseph E. Rutland*

/s/ Jayce E. Gustafson
Jayce E. Gustafson
JONES DAY
jgustafson@jonesday.com
4655 Executive Drive, Suite 1500
San Diego, CA 92121.3134
Telephone: (858) 314-1200
Facsimile: (844) 345-3178

*Counsel for Defendant*
*Experian Information Solutions, Inc.*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 1, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

*/s/ Amelia Ducat*