# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH E. RUTLAND,<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, SYSTEM & SERVICES TECHNOLOGIES, INC,<br><br>　　　　　　　　　　　　　Defendants. | Case No.:  26cv0164-W-BJW<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS [DOC. 48]** |

　　　Pending before the Court is a joint motion to dismiss Defendant Experian Information Solutions, Inc. ("Experian") from this case with prejudice. Good cause appearing, the Court **GRANTS** the joint motion [Doc. 48] and **DISMISSES** Defendant Experian from this case **WITH PREJUDICE**.

　　　**IT IS SO ORDERED**.

Dated:  July 6, 2026

_____
Hon. Thomas J. Whelan
United States District Judge

1

26cv0164-W-BJW